### TATE JONES v. STATE.

No. A-3665. Opinion Filed May 18, 1920.

Appeal from the County court, Love County; W. B. Jones, Judge.

A. L. Jones, convicted of a misdemeanor, appeals. Dismissed.

J. W. Hays, for plaintiff in error.

W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, A. L. Jones, was convicted on a charge that he did unlawfully transport intoxicating liquor in Love county, and in accordance with the verdict of the jury was sentenced to be confined in the county jail for 30 days and to pay a fine of $50. From the judgment he appeals. His counsel of record has this day filed a motion to dismiss said appeal. The motion is sustained and the appeal dismissed.